# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,     :   No. 303 MAL 2023

Respondent     :

    :   Petition for Allowance of Appeal
    :   from the **Unpublished**
v.     :   **Memorandum and Order** of the
    :   Superior Court at No. 600 MDA
    :   2022 entered on May 8, 2023,
RICHARD ALLEN BRISKA,     :   **vacating and remanding** the
    :   Judgment of Sentence of the Adams
Petitioner     :   County Court of Common Pleas at
    :   No. CP-01-CR-0001363-2021
         entered on March 17, 2022

## ORDER

**PER CURIAM**                            **DECIDED: June 24, 2025**

      **AND NOW**, this 24th day of June, 2025, the Petition for Allowance of Appeal is **GRANTED**, the order of the Superior Court is **VACATED**, and the case is **REMANDED** to the Superior Court for reconsideration in light of *Commonwealth v. Shifflett*, __ A.3d __, 2025 WL 1535292 (Pa. 2025).

Justice McCaffery did not participate in the consideration or decision of this matter.